4391-002

DEORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendants
Jaguar Freight Services and
  Jaguar Freight Services, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,                                                          ECF CASE: 07 Civ. 8243

                           Plaintiff,

         v.
                                                                                    FED. R. CIV. P.
UNION PACIFIC RAILROAD COMPANY,                              7.1 CERTIFICATION
NYK LINE (NORTH AMERICA) INC., NIPPON
YUSEN KAISHA (NYK LINE), JAGUAR
FREIGHT SERVICES, JAGUAR FREIGHT
SERVICES, INC., BJ INTERNATIONAL, INC.

                           Defendants.
-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Defendants Jaguar Freight Services and Jaguar Freight Services, Inc. (private non-governmental parties) certifies that there is no corporate parent and no publicly held corporation which owns more than ten percent of their stock.

Dated:      New York, New York
            October 18, 2007

                                                            DEORCHIS, WIENER & PARTNERS, LLP
                                                            Attorneys for Defendants
                                                            Jaguar Freight Services and
                                                            Jaguar Freight Services, Inc.

                                                            By: _____
                                                                 RICHARD L. FURMAN (RF 0250)
                                                                 61 Broadway, 26th Floor
                                                                 New York, New York 10006
                                                                 (212) 344-4700

W:\4391-002\legals\rule 7.1 statement 101007.rlf.doc-npo