## DECLARATION OF SERVICE BY MAIL

NADINE OTERO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Queens, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Defendants Jaguar Freight Services and Jaguar Freight Services, Inc., with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On October 18, 2007, I served upon:

>David Mazaroli, Esq.
>Law Offices
>11 Park Place, Suite 1214
>New York, NY 10007-2801
>
>NYK Line (North America) Inc.
>Nippon Yusen Kaisha (NYK Line)
>300 Lighting Way
>Secaucus, NJ 07094
>
>Union Pacific Railroad Company
>111 South Magnolia Street, Room 301
>Palestine, TX 75801

a true copy of the annexed:

*ANSWER TO COMPLAINT*

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2007

_____
NADINE OTERO