Barry N. Gutterman, Esq. (BG6410)
Robert Briere Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Union Pacific Railroad Company
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, NYK LINE (NORTH AMERICA) INC., NIPPON YUSEN KAISHA (NYK LINE), JAGUAR FREIGHT SERVICES, JAGUAR FREIGHT SERVICES, INC., BJ INTERNATIONAL, INC.<br><br>                              Defendants. | **ECF Case**<br><br>**07 CV 8243 (RJH)**<br><br>**LOCAL RULE 7.1 STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Union Pacific Railroad Company, a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Union Pacific Railroad Company or publicly held corporations that own 10% or more of Union Pacific Railroad Company's stock:

**NONE**

Dated:  New York, New York
       November 12, 2007

                By:   /s/ <u>Barry N. Gutterman</u>
                      Barry N. Gutterman, Esq. (BG6410)
                      Robert Briere, Esq. (RB6080)
                      Barry N. Gutterman & Associates, P.C.
                      60 East 42nd Street, 46th Floor
                      New York, New York  10165
                      Phone: (212) 983-1466
                      Fax: (212) 983-1229

                      Attorneys for Defendant
                      Union Pacific Railroad Company


To:    David L. Mazaroli (DM-2929)
        11 Park Place – Suite 1214
        New York, New York 10007-2801
        Phone: (212) 267-8480
        Fax: (212) 732-7352

        Attorneys for Plaintiff


        Richard L. Furman (RF 0250)
        DeOrchis, Wiener & Partners, LLP
        61 Broadway, 26th Floor
        New York, New York 10006
        (212) 344-4700
        File: 4391-002

        Attorney for Defendants
        Jaguar Freight Services and
        Jaguar Freight Services, Inc.


        NYK Line (North America) Inc.
        Nippon Yusen Kaisha (NYK Line)
        300 Lighting Way
        Secaucus, NJ 070904

UP2805.7.1