Barry N. Gutterman, Esq. (BG6410)
Robert Briere Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Union Pacific Railroad Company
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, NYK LINE (NORTH AMERICA) INC., NIPPON YUSEN KAISHA (NYK LINE), JAGUAR FREIGHT SERVICES, JAGUAR FREIGHT SERVICES, INC., BJ INTERNATIONAL, INC.<br><br>                            Defendants. | ECF Case<br><br>07 CV 8243 (RJH) |

**UNION PACIFIC RAILROAD COMPANY'S**
**ANSWER AND AFFIRMATIVE DEFENSES**
**TO JAGUAR FREIGHT SERVICES CROSS-CLAIMS**

Defendant Union Pacific Railroad Company ("UP"), by its attorneys, Barry N. Gutterman & Associates, P.C., for its Answer and Affirmative Defenses to Jaguar Freight Services and Jaguar Freight Services, Inc.'s ("Jaguar") Cross-Claims, states as follows:

1-23.   UP does not respond to paragraphs 1-23 of the Cross-Claims as such allegations are not addressed to it.

24.    UP repeats and rellages its response to paragraphs 1-23 of the Cross-Claims as its response to paragraph 24.

25. UP denies the allegations contained in paragraph 25 of the Cross-Claims.

26. UP denies the allegations contained in paragraph 26 of the Cross-Claims.

27. UP denies the allegations contained in paragraph 27 of the Cross-Claims.

**AS AND FOR A FIRST<br>AFFIRMATIVE DEFENSE**

28. To the extent that the plaintiff and Jaguar failed to meet the minimum filing requirements of filing a proper written claim within the time prescribed, this lawsuit is time barred.

**AS AND FOR A SECOND<br>AFFIRMATIVE DEFENSE**

29. To the extent that Jaguar failed to file cross-claims within the period proscribed, their cross-claims are time barred.

**AS AND FOR A THIRD<br>AFFIRMATIVE DEFENSE**

30. The complaint and cross-claims fail to state a claim against UP on which relief may be granted.

**AS AND FOR A FOURTH<br>AFFIRMATIVE DEFENSE**

31. In the event that the plaintiff and/or Jaguar had not or has no title or interest in the shipment that is the subject of this action, then the plaintiff and/or Jaguar is not the real party in interest an is not entitled to maintain this suit.

**AS AND FOR A FIFTH<br>AFFIRMATIVE DEFENSE**

32. In the event that said shipment moved subject to any statutory or contractual limitations of liability, either specifically agreed to or contained in any applicable

tariffs and/or governing publications, the plaintiff and/or Jaguar may not recover in excess of such limitations.

**AS AND FOR A SIXTH
<u>AFFIRMATIVE DEFENSE</u>**

33.  Plaintiff's common law claims are preempted by federal law.

**AS AND FOR A SEVENTH
<u>AFFIRMATIVE DEFENSE</u>**

34.  The bill of lading, tariffs and classifications and the governing publications do not contemplate responsibility for special damages.  To the extent, that plaintiff and/or Jaguar seeks recovery for special damages, UP is not responsible.

WHEREFORE, defendant Union Pacific Railroad Company demands judgment; (1) dismissing Jaguar Cross-Claims with prejudice, together with the costs, disbursements and reasonable attorneys fees; and (2) for such other or different relief as this Court may deem just and proper.

Dated:  New York, New York
         November 12,  2007

By:    /s/ <u>Barry N. Gutterman</u>
       Barry N. Gutterman, Esq. (BG6410)
       Robert Briere, Esq. (RB6080)
       Barry N. Gutterman & Associates, P.C.
       60 East 42nd Street, 46th Floor
       New York, New York  10165
       Phone: (212) 983-1466
       Fax: (212) 983-1229

       Attorneys for Defendant
       Union Pacific Railroad Company

To:    David L. Mazaroli (DM-2929)
11 Park Place – Suite 1214
New York, New York 10007-2801
Phone: (212) 267-8480
Fax: (212) 732-7352

Attorneys for Plaintiff

Richard L. Furman (RF 0250)
DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, New York 10006
(212) 344-4700
File: 4391-002

Attorney for Defendants
Jaguar Freight Services and
Jaguar Freight Services, Inc.

NYK Line (North America) Inc.
Nippon Yusen Kaisha (NYK Line)
300 Lighting Way
Secaucus, NJ 070904

UP2805.AAD.Jaguar.Cross.Claims