# DeOrchis, Wiener & Partners, LLP

| Florida Office: | Attorneys at Law and Proctors in Admiralty | New Jersey Office. |
|---|---|---|
| 8751 W. Broward Blvd., Ste. 203<br>Ft. Lauderdale, FL 33324<br>(954) 652-0100 | 61 Broadway, 26th Floor<br>New York, New York 10006-2802 | 1495 Morris Avenue<br>Union, NJ 07083<br>(973) 467-4740 |
| Connecticut Office:<br>24 Hoyt Street<br>Stamford, CT 06905<br>(203) 323-9120 | Telephone: (212) 344-4700<br>Facsimile: (212) 422-5299<br>www.marinelex.com | Massachusetts Office<br>2355 Main Street, P O 186<br>S Chatham, MA 02659<br>(508) 432-2121 |

November 15, 2007

Richard L. Furman, Partner
rfurman@marinelex.com

<del>Via CM/ECF System</del>   HA  FAX : 212 805 79 48
Honorable Richard J. Holwell
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

RECEIVED NOV 15 2007

Re:   Indemnity Insurance Company of North America
      v. Union Pacific Railroad Company, et. al.
      Case Number: 1:07-cv-8243 (RJH)

      Application by Defendants Jaguar Freight Services,
      Jaguar Freight Services, Inc., and BJ International, Inc.
      for Leave to Amend Their Answer to the Complaint
      Our File: 4391-002

Dear Judge Holwell:

We are the attorneys for Jaguar Freight Services, Jaguar Freight Services, Inc. and BJ International, Inc., defendants in the above-referenced action. On behalf of our clients, pursuant to Federal Rule of Civil Procedure 15(a), we are writing, with the agreement and consent of counsel for plaintiff, to request leave of the Court to amend our client's answer to the complaint served on them by plaintiff.

More specifically, we omitted including in our answer reference to defendant BJ International, Inc. ("BJ"). As a consequence we request the opportunity to correct this oversight, and to further correct any responses in the answer as they may apply to BJ.

As this case has just begun and no discovery, or even a preliminary conference, has taken place, it is respectfully suggested that there would be no prejudice to any party in granting this motion. No prior amendment, as otherwise permitted by the Rules of Procedure, has been filed and this is the first such application to amend.

Thank you in advance for your prompt and favorable consideration of the within application.

Respectfully Submitted
DEORCHIS, WIENER & PARTNERS, LLP

By
Richard L. Furman

RLF:npo

cc: Via Facsimile: 212-732-7352
David L. Mazaroli
Attorney for Plaintiff
11 Park Place, Suite 1214
New York, NY 10007

Via Facsimile: 212-344-7285
Paul M. Keane
Attorneys for NYK Line
Cichanowicz Callan Keane Vengrow
 & Textor LLP
61 Broadway, Suite 3000
New York, NY 10006-2802

*Application Granted*
*SO ORDERED*
[signature]
USDJ
11/15/07

W:\4391-002\letters\howell, honorable richard 111507.rlf.doc-npo