4391-002
DEORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendants
Jaguar Freight Services,
Jaguar Freight Services, Inc. and
BJ International, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

                 Plaintiff,

     v.

UNION PACIFIC RAILROAD COMPANY,
NYK LINE (NORTH AMERICA) INC., NIPPON
YUSEN KAISHA (NYK LINE), JAGUAR
FREIGHT SERVICES, JAGUAR FREIGHT
SERVICES, INC., BJ INTERNATIONAL, INC.

                 Defendants.
-------------------------------------------------------------X

ECF CASE:  07 Civ. 8243

AMENDED FED. R. CIV. P.
7.1 CERTIFICATION

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Defendants Jaguar Freight Services, Jaguar Freight Services, Inc. and BJ International, Inc. (private non-governmental parties) certifies that there is no corporate parent and no publicly held corporation which owns more than ten percent of their stock.

Dated:     New York, New York
            November 29, 2007

                                                   DEORCHIS, WIENER & PARTNERS, LLP
                                                   Attorneys for Defendants
                                                   Jaguar Freight, Jaguar Freight Services, Inc.
                                                   and BJ International, Inc.

                                                   By:_____
                                                   RICHARD L. FURMAN (RF 0250)
                                                   61 Broadway, 26th Floor
                                                   New York, New York 10006
                                                   (212) 344-4700