9050/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendant*
NYK LINE (NORTH AMERICA) INC.
NIPPON YUSEN KAISHA (NYK LINE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE OF NORTH AMERICA,<br><br>        Plaintiff,<br><br>- against -<br><br>UNION PACIFIC RAILROAD COMPANY;<br>NYK LINE (NORTH AMERICA) INC.;<br>NIPPON YUSEN KAISHA (NYK LINE);<br>JAGUAR FREIGHT SERVICES, INC.;<br>BJ INTERNATIONAL, INC.<br>        Defendants. | 07 CV 8243 (Judge Holwell)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for NIPPON YUSEN KAISHA certifies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly held.

Dated: New York, New York
    December 3, 2007

                    CICHANOWICZ, CALLAN, KEANE,
                    VENGROW & TEXTOR, LLP
                    61 Broadway, Suite 3000
                    New York, New York 10006
                    *Attorneys for Defendant*
                    NYK LINE (NORTH AMERICA) INC.
                    NIPPON YUSEN KAISHA (NYK LINE)

          By:   s/ Paul M. Keane
                 Paul M. Keane (PMK-5934)