4391-002

DeORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendants
Jaguar Freight Services,
Jaguar Freight Services, Inc. and
BJ International, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,                                              ECF CASE: 07 Civ. 8243

                        Plaintiff,

      v.                                                       **ANSWER TO CROSS CLAIM**

UNION PACIFIC RAILROAD COMPANY,
NYK LINE (NORTH AMERICA) INC., NIPPON
YUSEN KAISHA (NYK LINE), JAGUAR
FREIGHT SERVICES, JAGUAR FREIGHT
SERVICES, INC., BJ INTERNATIONAL, INC.

                        Defendants.
------------------------------------------------------------X

        Defendants, Jaguar Freight Services, Jaguar Freight Services, Inc. and BJ International, Inc. ("Defendants"), by their attorneys, DeOrchis, Wiener & Partners, LLP, answering the Cross Claim of co-defendant NYK Line (North America) Inc. and Nippon Yusen Kaisha (NYK Line) ("NYK"), allege upon information and belief, as follows:

        1.     Deny the allegations set forth in Paragraph "38" of the Cross Claim.

        2.     Deny information sufficient to form a belief as to the allegations contained in Paragraph "39" of the Cross Claim.

        WHEREFORE, Defendants pray that judgment be entered by the Court in favor of Jaguar, and against NYK dismissing the Cross Claim, together with such other and further relief as it deems just and proper.

Dated:   New York, New York
         December 6, 2007

                                        DEORCHIS, WIENER & PARTNERS, LLP
                                        Attorneys for Defendants
                                        Jaguar Freight Services,
                                        Jaguar Freight Services, Inc. and
                                        BJ International, Inc.

                                        By: _____
                                        RICHARD L. FURMAN (RF 0250)
                                        61 Broadway, 26th Floor
                                        New York, New York 10006
                                        (212) 344-4700
                                        Our File: 4391-002

To:   David Mazaroli, Esq.
      Law Offices
      11 Park Place, Suite 1214
      New York, NY 10007-2801

      Paul M. Keane, Esq.
      Cichanowicz, Callan, Keane,
      Vengrow & Textor, LLP
      61 Broadway, Suite 3000
      New York, New York 10006-2802

      Barry Gutterman, Esq.
      Barry N. Gutterman & Associates, P.C.
      The Lincoln Building
      60 East 42nd Street, 46th Floor
      New York, New York 10165

W:\4391-002\legals\answer to NYK cross claim 120607.rlf.doc RF

2