## DECLARATION OF SERVICE BY MAIL

NADINE OTERO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Queens, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Defendants Jaguar Freight Services and Jaguar Freight Services, Inc., and BJ International, Inc. with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On December 6, 2007, I served upon:

> David Mazaroli, Esq.
> Law Offices
> 11 Park Place, Suite 1214
> New York, NY 10007-2801
>
> Paul Keane, Esq.
> Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
> 61 Broadway, Suite 3000
> New York, NY 10006
>
> Barry Neil Gutterman, Esq.
> Barry N. Gutterman & Associates, P.C.
> The Lincoln Bldg.
> 60 East 42nd Street, 46th Floor
> New York, NY 10165

a true copy of the annexed:

*ANSWER TO CROSS CLAIM*

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2007

_____
NADINE OTERO