David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
INDEMNITY INSURANCE COMPANY         :
OF NORTH AMERICA,                   :
                                    :
            Plaintiff,              :    07 Civ. 8243 (RJH)
                                    :
        - against -                 :    **STIPULATION & ORDER**
                                    :    **OF DISCONTINUANCE**
UNION PACIFIC RAILROAD COMPANY;     :
NYK LINE (NORTH AMERICA) INC.;      :
NIPPON YUSEN KAISHA (NYK LINE);     :
JAGUAR FREIGHT SERVICES; JAGUAR     :
FREIGHT SERVICES, INC.;             :
BJ INTERNATIONAL, INC.;             :
                                    :
            Defendants.             :
------------------------------------x

A settlement agreement having been reached, it is hereby stipulated and agreed that this action, including all cross-claims, is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) and (c) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of the Court upon letter application of plaintiff's counsel.

Dated: New York, New York
       December 7, 2007

                                    SO ORDERED:

                                    _____
                                    UNITED STATES DISTRICT JUDGE

*The Clerk is requested to close this case.*

07 Civ. 8243 (RJH)
Stipulation & Order of Discontinuance
Page 2

LAW OFFICES,
DAVID L. MAZAROLI

By: _____
David L. Mazaroli (DM 3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 7G-1460

Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
UNION PACIFIC RAILROAD
COMPANY

By: _____
Barry N. Gutterman (BG-6410)
The Lincoln Building
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel: (212)983-1466

DeOrchis, Wiener & Partners, LLP
Attorneys for Defendants
JAGUAR FREIGHT SERVICES
JAGUAR FREIGHT SERVICES, INC.
BJ INTERNATIONAL, INC.

By: _____ p.c.a.
Richard L. Furman (FR-0250)
61 Broadway, Suite 2600
New York, New York 10006-2701
Tel: (212)344-4700

Cichanowicz, Callan, Keane
Vengrow & Textor, LLP
Attorneys for Defendants
NYK LINE (NORTH AMERICA) INC.
NIPPON YUSEN KAISHA (NYK LINE)

By: _____ p.c.
Paul M. Keane (PMK-5934)
61 Broadway - Suite 3000
New York, New York 10006
Tel: (212) 344-7042